IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01128-BNB

HECTOR MARTINEZ-JIMENEZ,

    Plaintiff,

v.

PEOPLE OF STATE OF COLORADO,
C.O.D.OC. STERLING PRISON FACILITY,
LT. E. COLE,
SGTO. JOHNSON,
C/O STRAHNEYER,
C/O FERNANDEZ,
C/O BERNHARDT,
C/O VALRAVEN,
C.O MARCUS RYNEK, and
MRS. MARTEENA RING,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2007

GREGORY C. LANGHAM
                CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Pursuant to the Court's May 30, 2007, Order, Plaintiff Hector H. Martinez-Jimenez filed with the Court a Prisoner Complaint. The Court reviewed the Complaint and entered an order on August 27, 2007, instructing Plaintiff to amend the Complaint in keeping with Fed. R. Civ. P. 8 and to state specifically what each named Defendant did to violate his constitutional rights.

On September 26, 2007, Plaintiff filed an Amended Complaint. He also filed two additional Amended Complaints on October 3, 2007. In one of the Amended Complaints filed on October 3, Plaintiff names the same Defendants that are named in the September 26, 2007, Amended Complaint and raises the same claims. In the other

Amended Complaint Plaintiff filed on October 3, he has named different Defendants and different claims.

The Court will not consider the three separate Amended Complaints. Plaintiff will be instructed to file a Second Amended Complaint that names all Defendants and sets forth all of Plaintiff's claims. Plaintiff is reminded, as he was instructed in the August 27, 2007, Order, that he must assert personal participation by all named Defendants. He also must list the same named Defendants in Section "A. Parties" of the complaint form that he lists in the caption of the form. If Plaintiff needs additional pages for all of the named Defendants in Section A. he may use a blank sheet of paper to list the additional Defendants' names and their addresses. Accordingly, it is

ORDERED that Plaintiff file, **within thirty days from the date of this Order**, a Second Amended Complaint that complies with the particulars of this Order. It is

FURTHER ORDERED that the Second Amended Complaint shall be titled, "Second Amended Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Court-approved Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff submit sufficient copies of the Second Amended Complaint for the purpose of serving each named Defendant. It is

FURTHER ORDERED that if Plaintiff fails to file, **within thirty days from the date of this Order**, an original and sufficient copies of a Second Amended Complaint

that complies with this Order, to the Court's satisfaction, the Complaint and the action will be dismissed without further notice.

DATED October 17, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01128-BNB

Hector Martinez-Jimenez
Reg. No. 106871
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and Prisoner Complaint** to the above-named individuals on __10/17/07__

                         GREGORY C. LANGHAM, CLERK

               By: _____
                            Deputy Clerk