IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 8 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01128-BNB

HECTOR MARTINEZ-JIMENEZ,

    Plaintiff,

v.

PEOPLE OF STATE OF COLORADO,
C.O.D.O.C. STERLING PRISON FACILITY,
LT. E. COLE,
SGTO. JOHNSON,
C/O STRAHNEYER,
C/O FERNANDEZ,
C/O BERNHARDT,
C/O WALRAVEN,
C/O MARCUS RYNEK, and
MRS. MARTEENA RING,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Hector Martinez-Jimenez is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. On June 29, 2007, pursuant to Magistrate Judge Boyd N. Boland's Order directing him to file his claims on a Court-approved form, Plaintiff submitted a *pro se* Prisoner Complaint to the Court. Upon a review of the merits of the Complaint, Magistrate Judge Boland entered a second order, on August 27, 2007, directing Plaintiff to file an Amended Complaint that states specifically what each Defendant did to violate his

constitutional rights and that complies with Rule 8 of the Federal Rules of Civil Procedure. On September 26, 2007, Plaintiff filed an Amended Complaint. He also filed two additional Amended Complaints on October 3, 2007. Plaintiff was instructed that the Court would not consider the three separate complaints. Plaintiff further was instructed to file a Second Amended Complaint that names all Defendants and sets forth all of Plaintiff's claims.

On October 30, 2007, as opposed to filing one Complaint that names all Defendants and sets forth all of Plaintiff's claims, Mr. Martinez-Jimenez again filed two separate complaints asserting different claims and naming different Defendants in Section "A. Parties" of each complaint form. Plaintiff also filed a one-page pleading that lists additional claims. Therefore, because Plaintiff failed to comply with Magistrate Judge Boland's October 17, 2007, Order, the Complaint will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to comply with the October 17, 2007, Order.

DATED at Denver, Colorado, this _7_ day of _____Nov._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01128-BNB

Hector Hugo Martinez Jimenez
Prisoner No. 106871
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  11/8/07

                                               GREGORY C. LANGHAM, CLERK

                                               By: _____
                                                          Deputy Clerk